UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

| | |
|---|---|
| HUE ENTERPRISES, INC., CORK 'N BOTTLE, INC. | : CIVIL ACTION NO. 2:14-CV-00034 |
| Plaintiffs, | : JUDGE BERTELSMAN |
| NADINE HUE HELLINGS, TRUSTEE FOR MARY JANE HUE, | : **AFFIDAVIT OF** : **W. STUART DORNETTE** |
| Intervening Plaintiff, | : |
| vs. | : |
| G. GORDON HUE, | : |
| Defendant. | : |

STATE OF OHIO        )
                     ) ss:
COUNTY OF HAMILTON   )

W. Stuart Dornette, first being duly sworn, deposes and states as follows:

1. I am a member in good standing of the bars of the State of Ohio, the United States Court of Appeals for the Sixth Circuit, United States District Court for the Southern District of Ohio and the United States District Court for the Northern District of Ohio.

2. With this affidavit, I have submitted the prescribed fee for my admission to this Court's clerk.

3. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have completed training on the use of the Court's electronic filing system with the United States District Court for the Eastern District of Kentucky.

FURTHER AFFIANT SAYETH NAUGHT.

*William Stuart Dornette*
W. Stuart Dornette

Sworn to and subscribed before me on this 7th day of March, 2014.

Notary Public