# INVOICE 3607

**J. P. VAN WINKLE & SON**
2843 Brownsboro Road, Suite 208
LOUISVILLE, KENTUCKY 40206

(502) 897-9113

**DATE:** 12/31/84
**ORDER NO.:**

**TO:**
I-75 Packaged Liquor & Wines
501 Crescent Avenue
Covington, KY 41012

**SHIP TO:**

| QUANTITY | DESCRIPTION | LINE PRICE | TOTAL |
|---|---|---|---|
| | Expenses re ORVW Van Winkle Family Reserve 90.4 proof, 14 and 16 year: | | |
| | See attached itemized list: | | 6,418.66 |
| | Paid, Check #4171 | | -6,418.66 |
| | BALANCE DUE | | - 0 - |

TRIPLICATE         *Thank You*

# EXHIBIT A

INVOICE #3607, December 31, 1984, Details:

Expenses re Old Rip Van Winkle packages, Van Winkle
    Family Reserve, 90.4 proof, 14 and 16 year, to be
    paid by I-75 Liquors, Mr. Gordon Hue:

| | |
|---|---:|
| Glass, corks, pallets, California sales tax | $1,018.66 |
| Wax | 853.76 |
| Tape | 5.87 |
| Art on label & hang-tag, Mr. Robert Wathen | 350.27 |
| Labels & hangtags - Courier Graphics Co. | 1,750.00 |
| Handling & dumping 20 bbls. whiskey, 3 men, 12 hrs. each, @ $6.00 per hour | 216.00 |
| Office & clerical work re Bill of Lading, Federal records, invoicing, 2 hrs. @ 8.50 | 17.00 |
| Labor - loading for shipment, 2 men, $6.00 per hour, 2-1/2 hrs. each | 30.00 |
| Labor - bottling, labeling, capping, waxing, cleaning, & boxing, 2 days (1 day each for 14 year & 16 year) @ $1,88.55 | 2,177.10 |
| TOTAL DUE: | $6,418.66 |
| Amount paid: Ck. 4171 | -6,418.66 |
| BALANCE DUE: | - 0 - |

**J. P. VAN WINKLE & SON**
2843 Brownsboro Road  Suite 208
LOUISVILLE, KENTUCKY 40206

(502) 897-9113

# INVOICE
## 3606

TO: Kentucky Liquor & Wine
3050 West Broadway
Louisville, KY 40211

DATE: 12/22/84
ORDER NO.
SHIP TO:
NOTE: This invoices replaces invoice #3587 which carried the incorrect per-case price.

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
|  | 12/22/84 | Truck | Lawrenceburg, KY | Net 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 45 cs., 750ml. (12 per cs.) | OLD RIP VAN WINKLE, Van Winkle Family Reserve, Kentucky straight Bourbon, 14 yr., 90.4 proof | 40 00 | 1,800 00 |
| 45 cs., 750ml. (12 per cs.) | OLD RIP VAN WINKLE, Van Winkle Family Reserve, Kentucky straight Bourbon, 16 yr., 90.4 proof | 40 00 | 1,800 00 |
|  | TOTAL |  | 3,600 00 |
|  | Total Wine Gallons: 213.98 |  |  |

TRIPLICATE                                     *Thank You*