
**Wine and Liquor Experts Since 1963**

October 20, 1997

Preiss Imports
Attention: Mr. Henry Preiss, President
P. O. Box 2172
Ramona, California 92065

Dear Mr. Preiss:

This letter will confirm our understanding on the basis of conversation and correspondence over the past several days with respect to your purchase from us through Commonwealth Distillery, Lawrenceburg, Kentucky of 750 cases of Hirsch 20 year old bourbon which is the remaining inventory that we have of that product (the "product"). The purchase will be in accordance with the foregoing terms:

(1) On or before October 31, 1997, you will pay to us the sum of $100,000. Upon receipt of this sum, we will make available to you at Commonwealth Distillery 375 cases of the product.

(2) On or before April 1, 1998, you will pay to us the sum of $50,000, and upon payment of this sum, we will make available to you at Commonwealth Distillery 188 cases of the product.

(3) On or before July 1, 1998, you will pay to us the sum of $50,000, and upon payment of this sum, we will make available to you at Commonwealth Distillery 187 cases of the product.

(4) In the event you wish to draw down any of the product earlier than the payment dates hereinabove referred to, you may do so on the basis of a payment at the time of the draw down of $266.66 per case and credit for such prior payment shall be against the next scheduled payment.

Covington, KY 41011
501 Crescent Ave. • RIGHT OFF THE I-75 BRIDGE
Phone: (606) 261-8333 • FAX (606) 261-0062

Crescent Springs, KY 41017
2446 Anderson Rd. (at Buttermilk)
Phone: (606) 331-8955

EXHIBIT K

Preiss Imports
Page 2
October 20, 1997

    (5)    Delivery to you at Commonwealth Distillery shall be FOB Lawrenceburg, Kentucky and at the time you draw any of the product, the Federal Excise Tax shall have been paid by us, and there shall be no liens of any kind on the product created by us.

    (6)    As of November 1, 1997, Preiss Imports shall be responsible for all storage costs for the 750 cases of the product which are the subject of this Agreement.

Will you please execute a copy of this letter as your agreement to the foregoing terms and return signed copy to us.

CORK 'N BOTTLE, INC.

By: _____
G. Gordon Hue, Sr.
Chief Executive Officer

By: _____
Timothy M. Hue
Vice President of Sales
and Marketing

Accepted and agreed by:

PREISS IMPORTS

By: _____    Dated: 10-22-97
Henry Preiss
President