# PURCHASE AGREEMENT BETWEEN WINE IS FINE, INC. DBA PREISS IMPORTS AND CORK 'N BOTTLE, INC.

THIS AGREEMENT is entered into this 22ND day of August, 2003 between Wine is Fine, Inc. dba Preiss Imports (hereinafter referred to as "Preiss Imports") and Cork 'N Bottle, Inc. (hereinafter referred to as "Cork/Bottle")

Buffalo Trace Distillery (hereinafter referred to as "Buffalo") is only acting as a bottling accommodator with no additional responsibilities except to take due diligence and care in bottling A.H. Hirsch Bourbon.

Preiss Imports agrees to purchase from Cork/Bottle, 3450 cases of 12-750ml 16 yr. Old A.H. Hirsch Bourbon, and 800 cases of 12-700ml 16 yr. Old A.H. Hirsch Bourbon (hereinafter referred to as the "Bourbon"), currently being stored by Buffalo for Cork/Bottle. The purchase price for the Bourbon shall be $750,300.00. The Bourbon shall be bottled and packaged by Buffalo between late August and/or early September, or as soon thereafter as possible, and delivered according to the delivery schedule presented to Buffalo by Preiss Imports.

Preiss Imports will pay Buffalo upon notification of bottling date, the initial payment amount of $130,000.00. When the entire Bourbon product has been bottled, packaged and is ready for shipment to Preiss Imports, Preiss Imports will pay an additional $620,300.00 to Cork/Bottle. Preiss Imports agrees to pay directly to Cork/Bottle, who is the actual owner of the Bourbon product and who has arranged to have the Bourbon product stored with Buffalo for purposes of bottling, compliance and sale.

As additional consideration for Preiss Imports purchase of the entire stock of the Bourbon currently stored with Buffalo, Cork/Bottle hereby assigns and transfers to Preiss Imports, all of Cork/Bottle's rights, title, ownership and interest in the United States and throughout the rest of the world, in and to the entire brand rights, trademark rights, trade name rights and related intellectual property rights for the following: (1) the name A.H. Hirsch, (2) the words Hirsch Distillers, (3) any names related to or similar to these names described and (4) any other rights and title not enumerated here that may apply to the ownership of these names and brands in the future.

Following delivery of the Bourbon, Preiss Imports agrees to assume, and hold Cork/Bottle and Buffalo harmless from, all rights of distribution, responsibility for all federal taxes, storage, inventory taxes and insurance which may arise following the date of delivery to Preiss Imports. Preiss Imports has full responsibility of the Bourbon from any situations, which may arise from shipping or transportation once the Bourbon is bottled.

Cork/Bottle represents and warrants to Preiss Imports that the inventory of the Bourbon to be bottled by Buffalo, is essentially the same in quality, condition, substance, bottling and packaging as the A.H. Hirsch 16 yr. Old that Preiss Imports has purchased from Cork/Bottle

EXHIBIT L

prior to the date of this Agreement. Cork/Bottle will direct Buffalo and represents and warrants that the Bourbon will be bottled in accordance with the quality packaging that Preiss Imports has been receiving prior to the date of this Agreement, except that the wax seal will be changed to a capsule finish for the top of the bottle.

Cork/Bottle hereby represents and warrants that it is the owner of the brand names/trade names described above and to all trademark and intellectual property rights related thereto and that Cork/Bottle is unaware of any claims against these rights and its ownership thereof. Cork/Bottle agrees to indemnify, defend and hold Preiss Imports harmless from and against any third party claims for alleged infringement based upon the use of these names and rights arising before and after the date of this Agreement for a period of one (1) year.

The parties here acknowledge that the transfer of rights described above, includes the rights and ownership of all marketing materials, advertising materials and good will associated with the brand name, and the final label plates.

This Agreement constitutes the entire Agreement and understanding concerning the subject matter hereof between the parties hereto and supersedes and replaces all prior and contemporaneous oral and written agreements, negotiations and discussions. The parties to this Agreement each acknowledge that neither the other, nor any agent of the other, has made any promises, representations or warranty whatsoever, express or implied, not contained herein, concerning the subject matter hereof, to induce them to execute this Agreement.

This Agreement shall in all respects be interpreted, enforced and governed by and under the laws of the State of California and that for purposes of any dispute venue and jurisdiction shall be in the Superior Court for the County of Los Angeles, State of California. This Agreement may be executed in counterparts, with each copy having the same force and effect as an original. This Agreement may be executed by way of facsimile transmission, with each facsimile copy and each facsimile signature having the same force and effect as an original.

In the event of any litigation, arbitration or dispute relating to the subject matter of this Agreement, the prevailing party shall be entitled to its reasonable attorneys' fees and costs.

Any individual signing this Agreement on behalf of a corporation, partnership or business entity, represents and warrants that he has full authority and due authorization to do so on the corporation or business entity.

Each party hereto shall in good faith execute and deliver any and all documents, and perform any and all acts and things necessary and appropriate, convenient or helpful, to effectuate and further evidence the terms of this Agreement.

Dated: August 22, 2003        Cork 'N Bottle, Inc.

By: _____
    Tim Hue
    Its: Vice President

Dated: August 22, 2003        Wine is Fine, Inc. dba Preiss Imports

By: _____
    Henry Preiss
    Its: President

1140422.1