IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON


CIVIL ACTION NO. 2:14-cv-34(WOB-JGW)

HUE ENTERPRISES, INC.,
ET AL.                                                    PLAINTIFFS

NADINE HUE HELLINGS,
TRUSTEE FOR MARY JANE HUE                                 INTERVENING
                                                         PLAINTIFF

VS.                                ORDER

G. GORDON HUE, JR.                                       DEFENDANT


     This matter came before the Court for a hearing on

preliminary matters on Tuesday, March 25, 2014.  Daniel Hunt and

Steven Martini represented the plaintiffs.  Harry Hellings

represented the intervenor plaintiff, Nadine Hue Hellings.

Stuart Dornette represented the defendant.  Christopher Markus

and Patrick Hughes represented the proposed intervening

plaintiff, The Bank of Kentucky.  Official court reporter Joan

Averdick recorded the proceedings.

     For the reasons stated on the record, the Court concludes

that the Bank of Kentucky should be granted permissive

intervention under Fed. R. Civ. P. 24(b) inasmuch as it has an

interest in the question of the ownership or interest in the

property that is the subject of this litigation, *viz*, numerous

bottles of valuable bourbon, and the Bank has numerous questions of law and fact in common with the original claims.

Further, the Court concludes that the plaintiffs and intervening plaintiffs have a right to physically inspect and photograph the bourbon in order to establish its location, quantity, and identification.  It is not disputed that the bourbon is currently in the defendant's possession.

Finally, the parties agree that early efforts should be made to resolve this matter through mediation in order to save the parties further time and expenses in resolving this dispute. The Court agrees that a mediator not assigned as a judge on the case would be appropriate.

Therefore, having heard the parties, and the Court being sufficiently advised,

**IT IS ORDERED**:

(1)   The Bank of Kentucky's motion to intervene (Doc. 18) be, and is hereby, **GRANTED**;

(2)   The defendant shall **FORTHWITH** allow plaintiffs' representatives access to the current storage location of the bourbon so that a detailed inventory of the bourbon in question may be made.  This inventory shall be furnished to all parties, and defendant shall hold secure

2

the bourbon at its existing location and make no
disposition thereof pending further order of this Court;

(3)  The parties shall promptly contact United States
Magistrate Judge J. Gregory Wehrman regarding mediation
of this matter, and they shall keep the undersigned
advised of the status of those efforts; and

(4)  Plaintiffs' motion to expedite (Doc. 15) be, and is
hereby, **TAKEN UNDER ADVISEMENT** pending mediation efforts.

This 25th day of March, 2014.



Signed By:
_William O. Bertelsman_  WOB
United States District Judge

TIC: 35 min.