IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| HUE ENTERPRISES, INC., *et al.*, | : |
| | :      NO. 2:14-cv-34 (WOB-CJS) |
|     Plaintiffs/Counterclaim Defendants | : |
| | : |
| NADINE HUE HELLINGS, | :      Judge Bertelsman |
| TRUSTEE FOR MARY JANE HUE, | : |
| | : |
|     Intervening Plaintiff, | : |
| | : |
| THE BANK OF KENTUCKY, INC. , | : |
| | : |
|     Intervening Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| G. GORDON HUE, JR., | : |
| | : |
|     Defendant/Counterclaim Plaintiff, | : |

**REPORT OF THE PARTIES'**
**RULE 26(F) CONFERENCE**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Steven C. Martin and Daniel A. Hunt, on behalf of the Plaintiffs, and W. Stuart Dornette and James M. Dickerson, on behalf of the Defendant, Harry P. Hellings, Jr. on behalf of Nadine Hue Hellings, Trustee for Mary Jane Hue, and Christopher B. Markus on behalf of The Bank of Kentucky, Inc. conducted a conference via telephone on April 29, 2014.  The parties discussed and agree on the following:

1. **Initial Disclosures**:  The parties have exchanged the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

2. **Discovery Plan**:  The parties jointly propose to the Court the following discovery plan:

    a. Written discovery completed within 90 days from entry of scheduling order.

b.  Depositions shall be completed within 180 days from entry of scheduling order. A party may take the deposition of a nonparty deponent any time after the earlier of (i) the completion of written discovery or (ii) at the time all documents relevant to a particular deponent have been produced.  The parties agree that discovery shall proceed in accordance with the discovery deadlines and conditions contained in this Report.

c.  Disclosure or discovery of electronically stored information ("ESI") should be handled as follows:  The parties will confer regarding the disclosure or discovery of electronically stored information and will proceed in accordance with Fed. R. Civ. P. 34.

d.  Disclosure or discovery of privileged, confidential, or proprietary information should be handled as follows:  The parties do not anticipate any privilege issues. Claims of privilege will be timely raised and logged in a privilege log accompanying each production of documents.  The parties will cooperate in negotiating a reasonable Protective/Confidentiality Order regarding any bona fide information claimed to be confidential, proprietary, or a trade secret.

e.  Reports from retained experts under Rule 26(a)(2) due:
    i.  From Plaintiffs: by 135 days from entry of scheduling order.
    ii. From Defendant: by 165 days from entry of scheduling order.

f.  All discovery commenced in time to be completed by 180 days from entry of scheduling order.

3. **Other Items**:

    a. All motions to add additional parties or claims must be filed within 30 days of entry of scheduling order.

    b. All dispositive motions must be filed within 210 days from entry of scheduling order.

    c. The parties request a pre-trial conference in within 240 days from entry of scheduling order.

>                             Respectfully submitted,
>
>                             */s/ Steven C. Martin via email authorization*
>                             Thomas C. Smith (65798)
>                             Steven C. Martin (44426)
>                             Daniel A. Hunt (93610)
>                             Ziegler & Schneider, P.S.C.
>                             541 Buttermilk Pike, Suite 500
>                             P. O. Box 175710
>                             Covington, KY  41017-5710
>                             Telephone:  859.426.1300
>                             Fax:  859.426.0222
>                             tsmith@zslaw.com
>                             smartin@zslaw.com
>                             dhunt@zslaw.com
>                             *Attorneys for Plaintiffs Hue Enterprises, Inc.
>                             and Cork 'N Bottle, Inc.*
>
>                             */s/ James M. Dickerson, Jr.*
>                             W. Stuart Dornette (*pro hac vice*)
>                             James M. Dickerson, Jr. (*pro hac vice*)
>                             Taft Stettinius & Hollister LLP
>                             425 Walnut Street, Suite 1800
>                             Cincinnati, OH  45202
>                             Telephone: 513.381.2838
>                             Fax: 513.381.0205
>                             dornette@taftlaw.com
>                             jdickerson@taftlaw.com
>                             *Attorneys for Defendant/Counterclaim
>                             Plaintiff G. Gordon Hue, Jr.*

*/s/ Harry P. Hellings, Jr. via email authorization*
Harry P. Hellings, Jr. (30635)
214 East Fourth Street
Covington, KY 41011
Telephone: 859.431.7200
Fax: 859.431.2194

*Attorneys for Intervening Plaintiff, Nadine Hue Hellings, Trustee for Mary Jane Hue*

*/s/Christopher B. Markus via email authorization*
Mark D. Guilfoyle (27625)
Patrick R. Hughes (85493)
Christopher B. Markus (92613)
Dressman Benzinger LaVelle PSC
207 Thomas More Parkway
Crestview Hills, KY  41017
Telephone: 859.341.1881
mguilfoyle@dbllaw.com
phughes@dbllaw.com
cmarkus@dbllaw.com
*Attorneys for Intervening Plaintiff, Nadine The Bank of Kentucky, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*James M. Dickerson, Jr.*
*Attorneys for Defendant/Counterclaim Plaintiff G. Gordon Hue, Jr.*

14220374.2

4