**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:14-CV-34 (WOB-CJS)**

ELECTRONICALLY FILED

| | |
|---|---|
| **HUE ENTERPRISES, INC., ET AL.** | **PLAINTIFFS/COUNTERCLAIM DEFENDANTS** |
| **NADINE HUE HELLINGS, TRUSTEEFOR MARY JANE HUE** | **INTERVENING PLAINTIFF** |
| **VS.** | |
| **G. GORDON HUE, JR.** | **DEFENDANT/COUNTERCLAIM PLAINTIFF** |

**INTERVENING COMPLAINT**

Comes now the Intervening Plaintiff, NADINE HUE HELLINGS, TRUSTEE FOR MARY JANE HUE, by and through counsel, and as her Intervening Complaint, states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff Hue Enterprises, Inc. ("Hue") is a Kentucky corporation having its principal place of business in Covington, Kentucky.

2. Plaintiff Cork 'n Bottle, Inc. ("Cork") is a Kentucky corporation having its principal place of business in Covington, Kentucky.

3. Intervening Plaintiff, Nadine Hue Hellings, Trustee for Mary Jane Hue, is a resident of the Commonwealth of Kentucky.

4. Intervening Plaintiff, The Bank of Kentucky, Inc. ("Bank of Kentucky") is a Kentucky corporation having its principal place of business in Crestview Hills, Kentucky.

5. Defendant, G. Gordon Hue, Jr. ("Gordon") is a resident of the State of Ohio.

6. Jurisdiction in the United States District Court is proper based on the complete diversity of citizenship of Plaintiffs and Intervening Plaintiffs on the one hand and Defendant on the other under 12 U.S.C. §1332(a), since the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. Venue is proper in this District and Division under 28 U.S.C. §1391(b)(2) on the basis that the bourbon that is the subject of this lawsuit was wrongfully removed from Cork's Crescent Avenue location in Covington, Kentucky.

## FACTS

8. Nadine Hue Hellings is the duly appointed Trustee of her 93 year old mother, Mary Jane Hue.

9. That at all times relevant, Mary Jane Hue was the spouse of G. Gordon Hue, Sr., the founder and owner of I-75 Cork 'n Bottle (hereinafter "Cork").

10. That at some time prior to his death, G. Gordon Hue, Sr. as a personal investment, purchased barrels and cases of select bourbon, which is the subject matter of this litigation.

11. That G. Gordon Hue, Sr. died in 2004 leaving his entire estate to Mary Jane Hue.

12. That the bourbon was never entered into the inventory of the Cork and by virtue of the death of G. Gordon Hue, Sr., became the property of Mary Jane Hue.

13. That Mary Jane Hue's interest is superior to any other party claiming an interest.

## COUNT II

14. Mary Jane Hue loaned to G. Gordon Hue, Jr., 12-14-2010, $75,000.00 ostensibly for the benefit of Hue Enterprises, Inc. and Cork.

15. Mary Jane Hue loaned G. Gordon Hue, Jr, 12-19-2012, an additional $65,000.00 ostensibly for the benefit of Hue Enterprises, Inc. and Cork.

16. That these amounts remain unpaid.

**WHEREFORE,** the Intervening Plaintiff, Nadine Hue Hellings, Trustee for Mary Jane Hue requests a judgment granting her the bourbon; that she receives a judgment against G. Gordon Hue, JR., Hue Enterprises, Inc. and I-75 Cork 'n Bottle for $137,500.00 together with interest; and further requests any and all other relief to which she may be entitled, including costs.

_/s/Harry P. Hellings, Jr.___
**HARRY P. HELLINGS, JR., P.S.C.**
**KBA #30635**
214 East Fourth Street
Covington, Kentucky  41011
(859) 431-7200
Fax No. (859) 431-2194

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed through the Court's electronic filing system which will send notice of this filing to counsel on this 11th day of June, 2014.
.

        /s/Harry P. Hellings, Jr.
    **HARRY P. HELLINGS, JR., P.S.C.**